IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No. 1:23-cv-02793-SKC-KAS

SHELTER LIFE INSURANCE COMPANY,

    Plaintiff,

v.

VICKIE ALDRICH, and
DEBRA EVERS,

    Defendants.

## ORDER DIRECTING DISBURSEMENT OF FUNDS FROM COURT REGISTRY

This matter is before the Court on the Joint Motion for Order of Interpleader Disbursement (Motion). Dkt. 30. In their motion, Defendants Debra Evers and Vickie Aldrich move the court for an order of interpleader disbursement and dismissal of the instant case.[1] The Motion advises that Defendants have settled between themselves their claims and agreed to split 50/50 the $611,644.62[2] currently being held in the Court's registry, plus any accrued interest. Having reviewed the Motion and the

---

[1] The Court previously dismissed with prejudice Plaintiff Shelter Life Insurance Company from this case.

[2] While the Motion indicated that $611,642.62 was deposited, the actual amount deposited was $611,644.62.

1

docket, the Court GRANTS IN PART AND TAKES UNDER ADVISEMENT IN PART the Motion, and ORDERS as follows:

1) Each of the Defendants is ORDERED to file a completed IRS Form W-9 with the Clerk of the Court. *See* D.C.COLO.LCivR 67.2(d). The Clerk of the Court shall make entry in the docket when he has received both IRS Form W-9s noting that he has, in fact, received them.

2) Upon the Clerk's receipt of both IRS Form W-9s, the Clerk of the Court is FURTHER ORDERED to disburse:

    a. $305,822.31 plus 50% of any accrued interest to Defendant Debra Evers, payable to "Debra Evers" and mailed care of Shawn McDermott, McDermott Law, LLC, 4600 South Ulster Street, Suite 800, Denver, Colorado 80237; and

    b. $305,822.31 plus 50% of any accrued interest to Defendant Vickie Aldrich, payable to "Vickie Aldrich" and mailed care of Thomas C. Ridgely, 1200 South College Avenue, Suite 304, Fort Collins, Colorado 80524.

3) Upon the Clerk of the Court mailing the funds to the Defendants, the Defendants are FURTHER ORDERED to file a notice with the Court that the funds have been disbursed and the case may be dismissed with prejudice, pursuant to Defendants' request in the Motion.

DATED: August 14, 2024.

BY THE COURT:

S. Kato Crews
United States District Judge

3